UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARVIN GAYLE, | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:23-cv-00284 |
| ARAC ROOF IT FORWARD, LLC, | ) |
| Defendant. | ) |

## ORDER

For the reasons in the accompanying Memorandum Opinion, the Magistrate Judge's Report and Recommendation (Doc. No. 45) is **APPROVED AND ADOPTED**, Marvin Gayle's objections are **OVERRULED**, the Motion to Dismiss (Doc. No. 13) is **MOOT**, and the Motion to Dismiss or Transfer (Doc. No. 20) is **GRANTED IN PART**.

This case shall be **TRANSFERRED** to the Northern District of Georgia pursuant to 28 U.S.C. § 1406(a), and rulings on the pending Motion to Strike Answer (Doc. No. 23), Motion for Judgment on the Pleadings (Doc. No. 30), Motion to Preserve Evidence and Permit Limited Discovery (Doc. No. 42), and Second Motion to Strike Answer (Doc. No. 49) shall be **RESERVED** for consideration by the transferee court.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE